# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129749 & (22)

VIRGINIA McCARLEY,
        Plaintiff-Appellee,

v

GENERAL MOTOROS CORPORATION,
        Defendant-Appellant

_____

SC:   129749
CoA:  262982
Washtenaw CC: 04-000238-CZ

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2005

_____
Clerk